UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

DIANNA BURKINDINE

Plaintiff,

V.  CIVIL ACTION NO

**1:09-cv-03189-RDB**

BRONSON & MIGLIACCIO, LLP

Defendant.  AUGUST 17, 2010

<u>NOTICE OF DISSMISSAL</u>

The plaintiff through her attorney Bernard T. Kennedy stipulates that the claims in the above-entitled action shall be dismissed with prejudice and without costs, subject to approval of the Court.

THE PLAINTIFF

BY<u>/S/Bernard T. Kennedy</u>
Bernard T. Kennedy, Esquire
The Kennedy Law Firm
P.O. Box 657
Edgewater, MD 21037
Ph  (443) 607-8901
Fax (443) 607-8903
Fed. Bar # Md26843
bernardtkennedy@yahoo.com

Request <u>GRANTED</u> This 17th Day of August, 2010

*/s/ Richard D. Bennett*
Richard D. Bennett
United States District Judge

## *CERTIFICATION*

I hereby certify that on 8/17/10 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY/S/Bernard T. Kennedy